**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor          Martin Moreno, Jr.,              Case No           21-02646          Chapter    7
Moving Creditor LAKEVIEW LOAN SERVICING,         Date Case Filed   February 28, 2021
                LLC

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe): __

**Chapter 7**
☐ No-Asset Report Filed on  _____
☒ No-Asset Report not Filed, Date of Creditors Meeting   March 25, 2021

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe) _____

2. Balance Owed as of March 4, 2021 $221,879.37
   Total of all other Liens against Collateral $207,000.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $119,900.00 (per Debtor's Schedules)

5. Default
   a. ☒ Contractual Default
      Number of months 24    Amount $43,203.72 (Including attorney's fees and cost)

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____   Amount $_____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $_____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☒ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) __
      ii.  ☐ Multiple Filings
      iii. ☒ Other (describe) Material payment default (Surrender)

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☒ Surrender   iv. ☐ No Statement of Intention Filed

Date: March 29, 2021      Submitted By:    */s/Dana  O'Brien*_____
                                           ARDC# 6256415
                                           McCalla Raymer Leibert Pierce, LLC